```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

FELIX ORTIZ,                          )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )
                                      )
US BANK NATIONAL ASSOCIATION,         )    1:25-cv-936
BEAR STEARNS ASSET BACKED             )
SECUITIES 1 TRUST 2007-HE7,           )
NEW YORK STATE UNIFIED COURT          )
SYSTEM, EMILIO F. ONOLFI,             )
SARA Z. BORISKIN, MATTHEW             )
MALTESE, and BEN ZEV RAINDORF,        )
                                      )
          Defendants.                 )

## ORDER

This matter is before this court for review of the Text Recommendation ("Recommendation") filed on October 17, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. Ent. 10/17/2025.) In the Recommendation, the Magistrate Judge recommends that, pursuant to 28 U.S.C. § 1915(e)(2)(B), the court dismiss this action without prejudice to refiling in a proper venue if warranted. Plaintiff filed timely objections, and supplemental objections to the Magistrate Judge's Recommendation. (See Docs. 7, 8.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is

made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (Doc. Ent. 10/17/2025), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing in another district if warranted.

A Judgment dismissing this action without prejudice will be entered contemporaneously with this Order.

This the 5th day of November, 2025.

_____
United States District Judge

- 2 -

Case 1:25-cv-00936-WO-LPA   Document 9   Filed 11/05/25   Page 2 of 2