```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FELIX ORTIZ,                        )
                                    )
              Plaintiff,            )
                                    )
     v.                             )
                                    )    1:25-cv-936
US BANK NATIONAL ASSOCIATION,       )
BEAR STEARNS ASSET BACKED           )
SECUITIES 1 TRUST 2007-HE7,         )
NEW YORK STATE UNIFIED COURT        )
SYSTEM, EMILIO F. ONOLFI, SARA      )
Z. BORISKIN, MATTHEW MALTESE,       )
BEN ZEV RAINDORF,                   )
                                    )
              Defendants.           )
```

## ORDER

On January 20, 2026, the United States Magistrate Judge's Text Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 20, 21.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (see Doc. Ent. 01/20/2026), is hereby **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Notice of State-Court Developments and Motion for Reconsideration or Stay, (Doc. 11), is **DENIED.**

This the 27th day of February, 2026.

                                   _____
                                       United States District Judge